IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEWSPAPER, NEWSPRINT, MAGAZINE AND FILM DELIVERY DRIVERS, HELPERS, AND HANDLERS, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 211,<br><br>Plaintiff,<br><br>v.<br><br>PG PUBLISHING CO., INC. d/b/a PITTSBURGH POST GAZETTE,<br><br>Defendant. | Civil Action No. 2:19-cv-1472<br><br>Judge J. Nicholas Ranjan |

## DEFENDANT'S MOTION TO STAY PENDING APPEAL

Defendant Pittsburgh Post-Gazette ("Post-Gazette"), through its undersigned counsel, moves pursuant to FED. R. CIV. P. 62(c) to stay pending appeal this Court's November 27, 2019 Order [ECF No. 20] which granted plaintiff Newspaper, Newsprint, Magazine and Film Delivery Drivers, Helpers, and Handlers, International Brotherhood of Teamsters, Local Union No. 211's ("Union") motion for preliminary injunction because:

1. the injunction interferes with the Post-Gazette's rights under the National Labor Relations Act and is subject to *Garmon* preemption;

2. the injunction appears to be prohibited by the Norris-LaGuardia Act;

3. the injunction is based on an unwarranted extension of the Third Circuit's decision in *Luden's Inc. v. Local Union No. 6*, 28 F.3d 347 (3dCir. 1994); and

4. the scope of the injunction is unclear.

The Post-Gazette requests the stay be entered retroactive to the effective date of the Court's Order. Pursuant to 28 U.S.C. § 1292(a)(1), the Post-Gazette will file a notice of appeal

to the United States Court of Appeals for the Third Circuit after the Court's disposition of this motion to stay.

This motion is supported by a brief, proposed order and the Declaration of Richard C. Lowe, Esquire, attached as Exhibit A.

WHEREFORE, the Post-Gazette respectfully requests the Court stay its November 27, 2019 Order [ECF No. 20] pending appeal, retroactive to the effective date of the Court's Order.

Respectfully submitted,

By: */s/ Brian M. Hentosz*
Terrence H. Murphy, PA ID No. 36356
tmurphy@littler.com

Brian M. Hentosz, PA ID No. 317176
bhentosz@littler.com

LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Ph: 412.201.7621/7676
Fax: 412.291.3373

Attorneys for Defendant

Dated: December 2, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2019 a true and correct copy of the foregoing Defendant's Motion to Stay Pending Appeal was served and filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Joseph J. Pass
jjp@jpilaw.com
219 Fort Pitt Boulevard
Pittsburgh, PA 15222

Patrick K. Lemon
pkl@jpilaw.com
219 Fort Pitt Boulevard
Pittsburgh, PA 15222

By: */s/ Brian M. Hentosz*

4823-9432-0046.1