# Joseph J Pass

**From:** Joseph J Pass
**Sent:** Wednesday, October 09, 2019 3:21 PM
**To:** Robert Weber; Joe Molinero
**Subject:** RE: Teamster Effects Bargaining Summary - 10/7/19

Rob, As usual you (Lowe) conveniently omit significant issue (as you acknowledged in your very first summary which was never corrected) such as the Union wanted to discuss the requirement that changes in the transportation dept. requires mutual agreement and those displaced employees become subs. with a 52 week guarantee. Also omitted in your (Lowe) summary was your refusal to discuss the requirement in the Circulation Dept. that as a result of your proposed changes employees are guaranteed 6 months of the their current wages. Needless to say your refusal to even discuss these issues is a very SIGNIFICANT issue .

You (Lowe) can call an impasse but in light of your (Lowe's) comments, the continued insistence on your way or no way and outright refusal to bargain over important issues impacted by your proposal, others including Local 211 see it differently. If you decide to change your position give us a call. In the meantime we will be considering various options. Good luck--- or as they say in French "Bonne Chance" or in Italian "In bocca al Lupo".

Joseph J. Pass, Esquire
Jubelirer, Pass & Intrieri P.C.
219 Fort Pitt Blvd
Pittsburgh, PA 15222
Direct Dial: 412-802-2651
Office: 412-281-3850
FAX: 412-281-1985
jjp@jpilaw.com

**From:** Robert Weber [mailto:rweber@post-gazette.com]
**Sent:** Wednesday, October 09, 2019 2:38 PM
**To:** Joe Molinero; Joseph J Pass
**Subject:** Teamster Effects Bargaining Summary - 10/7/19

Joe,

Attached is a summary of our meeting this past Monday. If you have any question and or concerns please let me know.

Thanks,

--
Robert Weber
Director of Operations
Pittsburgh Post-Gazette
412-263-1693 - Office
412-779-9867 - Cell
rweber@post-gazette.com



1

## Effects Bargaining Summary

Joe, below is a summary of the issues we discussed at our October 7, 2019 effects bargaining meeting:

1. The Union presented the attached counterproposal to the Company's final offer. The proposal was presented as a package. After considering the Union's package proposal in a caucus, the Company rejected the Union's package proposal for the following reasons:

   **Union Proposal A:** 1 weeks' pay for each completed year of service with a maximum of 20 weeks' severance pay

   **Company Response:** The Company rejected the Union's proposal as an economic concession it was not willing to make. The Company believes six (6) weeks' severance pay for a layoff by seniority is fair.

   **Union Proposal B:** 3 months of paid COBRA and/or Medicare premium costs

   **Company Response:** The Company rejected the Union's proposal as an economic concession it was not willing to make.

   **Union Proposal C:** If not enough bargaining unit employees volunteer to be laid off, the company will accomplish the remaining reductions through layoffs by seniority. Employees laid off by seniority are eligible to receive the same severance package set forth in the proposals in 1(A) and (B) above.

   **Company Response:** The Company believes the parties had previously agreed to handle the reductions by using the same layoff by seniority procedures the parties used for the previous print day reductions. The Company's final offer provides it will accept volunteers as it did in the previous print reductions. Volunteers would receive the same severance benefit as laid off employees as they did in the previous print reductions.

   **Union Proposal D:** The union's proposal set forth therein is expressly conditioned on the company paying the total amount specified in the company's proposed group insurance, hospitalizations, dental, and sick and accident benefit less 20% to a health and welfare program that the union designates. This is similar to what the company has done with the trades that had their own health and welfare funds. There should therefore be no reason why the company would not be willing to do it for the Teamsters union.

   **Company Response:** The Company rejected the Union's proposal as an economic concession it was not willing to make.

2. The Union proposed a four (4) day circulation schedule for 27 people and three (3) substitutes (relief) until alternative delivery is eliminated. After considering the Union's

proposal in a caucus, the Company rejected the Union's proposal because it did not reflect operational requirements for a three (3) day print operation.

3. The Union presented no additional proposals. The Company stated it was willing to stay all day to consider any Union proposals. The Union declined. Mr. Pass stated the Union was going to meet with its executive committee and would get back to the Company.

4. The Company reiterated to the Union that the Company had made its final offer and believed the parties were at impasse.